May 22, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF A.M.P., A Child

NO. 14-11-00164-CV

_____

This cause, an appeal from the judgment in favor of appellee HENRY KOHL, signed December 13, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order that the portions of the judgment relating to the petition to modify child support and the counter-petition to modify child support are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion. Further, we order the remainder of the judgment **AFFIRMED**, including the order denying recovery on appellant LIANE POELL'S fraudulent-inducement claim and the orders regarding possession of and access to A.M.P. We order appellee HENRY KOHL to pay all costs incurred in this appeal. We further order this decision certified below for observance.